

# Fourth Court of Appeals
## San Antonio, Texas

March 1, 2019

No. 04-19-00054-CR

Horace Ray **HAMBY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR2646
Honorable Raymond Angelini, Judge Presiding

# O R D E R

A Trial Court's Certification of Defendant's Right of Appeal has been filed in this appeal in which the trial court judge certifies that the underlying criminal case "is a plea-bargain case, and the defendant has NO right of appeal." It is therefore ORDERED that the trial court clerk file the electronic clerk's record **within ten days** from the date of this order containing the following documents:

1. All pre-trial orders and the related pre-trial motions;

2. The Court Admonishments, the Waiver, Consent to Stipulation of Testimony and Stipulations, and all other documents relating to the defendant's plea bargain;

3. The judgment;

4. All post-judgment motions and orders;

5. The notice of appeal;

6. The Trial Court's Certification of Defendant's Right of Appeal; and

7. The criminal docket sheet.

All other appellate deadlines are suspended pending further order of this court.  The clerk of this court is ORDERED to send a copy of this order to the attorneys of record, the trial court clerk, and the court reporter(s) responsible for preparing the reporter's record in this appeal.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of March, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court